UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

EDWARD WILLIAM TAYLOR,

    Plaintiff,        Case No. 1:07-cv-896

v.               Honorable Wendell A. Miles

MARY BERGHUIS et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915A(b).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Dated: December 21, 2007        /s/ Wendell A. Miles
                 Wendell A. Miles
                 Senior United States District Judge